IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-10275 TPA |
| | : | |
| DAVID A. ROBINSON, | : | THE HONORABLE THOMAS P. AGRESTI |
|    Debtor. | : | |
| | : | CHAPTER 13 |
| CORRY FEDERAL CREDIT UNION, | : | |
|    Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |

## APPEARANCE AND REQUEST FOR NOTICE
## OF ALL PENDING AND FUTURE MATTERS

TO:  Clerk, United States Bankruptcy Court:

Please enter our general appearance on behalf of Corry Federal Credit Union in the above-captioned bankruptcy proceedings.  Papers should be served on the undersigned at the address set forth below.

Furthermore, request is hereby made that notice of all pending and future matters in the above-captioned case be given to the undersigned and that the name and address of the undersigned be added to the mailing matrix of the Debtor.

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY, &
        KROTO, INC.

BY:    /s/Michael S. JanJanin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania  16506-4508
        Phone:  (814) 833-2222, Ext. 1045
        Phone:  (814) 314-1051 (Direct)
        Facsimile: 814-833-6753
        mjanjanin@quinnfirm.com
        Counsel for Corry Federal Credit Union

1442797

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-10275 TPA |
| | : | |
| DAVID A. ROBINSON, | : | THE HONORABLE THOMAS P. AGRESTI |
|     Debtor. | : | |
| | : | CHAPTER 13 |
| CORRY FEDERAL CREDIT UNION, | : | |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF APPEARANCE AND REQUEST FOR NOTICE
OF ALL PENDING AND FUTURE MATTERS**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 24, 2021.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *See the attached list.*

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY, &
    KROTO, INC.


BY:    /s/Michael S. JanJanin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania  16506-4508
    Phone:  (814) 833-2222, Ext. 1045
    Phone:  (814) 314-1051 (Direct)
    Facsimile: 814-833-6753
    mjanjanin@quinnfirm.com
    Counsel for Corry Federal Credit Union

The following parties receive service via the CM/ECF System and will not receive a paper copy of the filing:

Ronda J. Winnecour, Esquire
Suite 3250
USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee


Rebeka A. Seelinger, Esquire
Seelinger Law Office
4640 Wolf Road
Erie, PA 16505
**Email:  rebeka@seelingerlaw.com**
Attorney for Debtor

1442797