Certificate Number: 17082-PAW-DE-035736419

Bankruptcy Case Number: 21-10275



17082-PAW-DE-035736419

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2021, at 7:19 o'clock PM MST, DAVID ROBINSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 7, 2021             By:    /s/Orsolya K Lazar

                                 Name:  Orsolya K Lazar

                                 Title: Executive Director