# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David A. Robinson <br>          Debtor(s) <br><br> Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. <br>          Movant <br><br> vs. <br><br> David A. Robinson <br>          Debtor(s) <br><br> Rhonda J. Winnecour, <br>          Trustee | BK NO. 21-10275 TPA <br><br> Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Maria Miksich of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 15, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
David A. Robinson
10175 Dietzel Road
Union City, PA 16438

<u>Attorney for Debtor(s)</u>
Rebeka Seelinger, 4640 Wolf Road
Erie, PA 16505

<u>Trustee</u>
Rhonda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: <u>September 15, 2021</u>

                    <u>**/s/Maria Miksich Esquire**</u>
                    Maria Miksich Esquire
                    Attorney I.D. 319383
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    412-430-3589
                    mmiksich@kmllawgroup.com