FILED
10/1/21 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David A. Robinson<br>         Debtor | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., its successors and/or assigns<br>         Movant<br>vs.<br>David A. Robinson<br>         Debtor<br>Rhonda J. Winnecour, Esquire<br>         Trustee | NO. 21-10275 TPA<br><br>Related to Document No. 31 |

### ORDER OF COURT

And on this __1st__ day of _____October_____, 2021, it is hereby ORDERED that the Notice of Debtor's Request for Mortgage Forbearance Due to the Covid-19 Pandemic for 90 days filed by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., on September 15, 2021 (Doc. 28), is hereby WITHDRAWN.

By the Court,

_____ J.
                      jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 21-10275-TPA
David A. Robinson                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: mgut                                         Page 1 of 2
Date Rcvd: Oct 01, 2021                  Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David A. Robinson, 10175 Dietzel Road, Union City, PA 16438-7919 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021                          Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Creditor Corry Federal Credit Union mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor David A. Robinson rebeka@seelingerlaw.com |

District/off: 0315-1 User: mgut Page 2 of 2
Date Rcvd: Oct 01, 2021 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
                       cmecf@chapter13trusteewdpa.com

TOTAL: 6