FILED
10/12/21 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **Bankruptcy No. 21-10275 TPA** |
| | : | Chapter 13 |
| **David A. Robinson** | : | |
|     Debtor | : | |
| | : | |
| | : | |
| | : | |
| **David A. Robinson** | : | Document No. 34 |
|     Movant | : | |
| | : | |
|        v. | : | |
| | : | |
| **Union City Family Support Center** | : | |
|     Respondent | : | |

### ORDER TERMINATING WAGE ATTACHMENT

NOW, this __12th__ day of _____October_____, 2021, upon consideration of the debtor's motion to terminate wage attachment, which motion has been consented to by the Chapter 13 Trustee, it is

ORDERED, that the motion is granted, and the wage attachment against Union City Family Support Center is hereby terminated. Union City Family Support Center shall make no further deductions from the pay of David A. Robinson for the chapter 13 plan payments, and Union City Family Support Center shall send no further payments to the Chapter 13 Trustee on behalf of David A. Robinson.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10275-TPA |
| David A. Robinson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 1 of 2 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

**Recip ID          Recipient Name and Address**
db                    + David A. Robinson, 10175 Dietzel Road, Union City, PA 16438-7919

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

**Name**                              **Email Address**

Maria Miksich
    on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com

Michael S. Jan Janin
    on behalf of Creditor Corry Federal Credit Union mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Debtor David A. Robinson rebeka@seelingerlaw.com

District/off: 0315-1                         User: mgut                         Page 2 of 2

Date Rcvd: Oct 12, 2021              Form ID: pdf900              Total Noticed: 1

Ronda J. Winnecour

                        cmecf@chapter13trusteewdpa.com

TOTAL: 6