# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 21-10275-TPA** |
| | : | |
| **David A. Robinson** | : | **Chapter 13** |
| *Debtors* | : | |
| | : | **Related to Claim No. 7** |
| | : | |
| **Rocket Mortgage, LLC** | : | |
| *Movant* | : | |
| | : | **Document No.** |
| **V.** | : | |
| | : | |
| **David A. Robinson** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Rocket Mortgage, LLC** *at Claim No. 7* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $781.64, effective 12/01/2021.

Dated:  October 25, 2021

By      /s/ Rebeka A. Seelinger, Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
 E-Mail: rebeka@seelingerlaw.com