**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DAVID A. ROBINSON                                    Case No. 21-10275JAD

           Debtor(s)
RONDA J. WINNECOUR,                                  Chapter 13
Standing Chapter 13 Trustee,

           Movant                              Document No __
  vs.
CORRY FCU

           Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    VEHICLE WAS TOTALED

CORRY FCU                                            Court claim# 3/Trustee CID# 1
728 WORTH ST
CORRY, PA 16407

The Movant further certifies that on 06/09/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>DAVID A. ROBINSON, 10175 DIETZEL ROAD, UNION CITY, PA 16438 | DEBTOR'S COUNSEL:<br>REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA 16505 |
| ORIGINAL CREDITOR'S COUNSEL:<br>QUINN BUSECK LEEMHUIS ET AL, 2222 W GRANDVIEW BLVD, ERIE, PA 16501 | ORIGINAL CREDITOR:<br>CORRY FCU, 728 WORTH ST, CORRY, PA 16407 |
| NEW CREDITOR: | |