IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-10275 JAD |
| David A. Robinson | : | Chapter 7 |
| Debtor | : | |
| | : | |
| | : | |
| | : | |
| David A. Robinson | : | |
| Movant | : | |
| | : | Related to Document No. 48, 49 |
| v. | : | |
| Ronda Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | Document No. |
| Respondent | : | |

## CERTIFICATE OF SERVICE

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on June 15, 2023, I served, or caused to be served, a copy of the Debtor's Amended Schedules B and C filed June 14, 2023 as well as a copy of the Court Order Attachment D at Docket 49, electronically or by regular United States mail to all interested parties.

**VIA CM/ECF**

**Office of the United States Trustee**
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Ronda J. Winnecour Esq. Trustee**
Suite 3250 USX Tower
600 Grant Street
Pittsburgh PA 15219

**VIA US MAIL**

**Americollect**
**Po Box 1566**
**1851 South Alverno Road**
**Manitowoc, WI 54221**

**Bank of America**
**Attn: Bankruptcy**
**Po Box 982234**
**El Paso, TX 79998**

**Bryan J. Polas, Esquire**
**Hayt, Hayt & Landau, LLC**

**2 Industrial Way West**
**Eatontown, NJ 07724**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Chase Card Services**
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**

**Corry Federal Credit U**
**728 Worth St**
**Corry, PA 16407**

**Discover Financial**
**Attn: Bankruptcy**
**Po Box 3025**
**New Albany, OH 43054**

**Honorable Denise Marie Buell**
**732 Worth Street**
**Corry, PA 16407**

**Michael F. Ratchford, Esquire**
**Ratchford Law Group**
**54 Glenmaura National Blvd., Ste. 104**
**Moosic, PA 18507**

**Midland Fund**
**Attn: Bankruptcy**
**350 Camino De La Reine, Suite 100**
**San Diego, CA 92108**

**OneMain Financial**
**Attn: Bankruptcy**
**Po Box 3251**
**Evansville, IN 47731**

**Quicken Loans**
**Attn: Bankruptcy**
**1050 Woodward Avenue**
**Detroit, MI 48226**

**Robert William Cusick, Esquire**
**Law Offices of Hayt, Hayt & Landau, LLC**
**2 Industrial Way West**
**PO Box 500**
**Eatontown, NJ 07724**

**UPMC Health Services**
**Dist. Room 386**
**2 Hot Metal Street**
**Pittsburgh, PA 15203**

**UPMC Physician Services**
**PO Box 371980**
**Pittsburgh, PA 15250-7980**

EXECUTED ON: June 15, 2023

                                              By: /s/ Rebeka A. Seelinger
                                                 Rebeka A. Seelinger, Esquire
                                                 SEELINGER LAW
                                                 Attorney for Debtor
                                                 PA ID #93897
                                                 4640 Wolf Road
                                                 Erie, PA 16505
                                                 (814) 824-6670
                                                 rebeka@seelingerlaw.com