**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID A. ROBINSON<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:21-10275<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

May 29, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/13/2021 and confirmed on 6/8/21. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,035.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 49,035.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,500.00 | |
|   Trustee Fee | 2,136.96 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,636.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC | 0.00 | 30,474.14 | 0.00 | 30,474.14 |
|     Acct: 7017 | | | | |
|   QUICKEN LOANS LLC | 6,531.55 | 6,531.55 | 0.00 | 6,531.55 |
|     Acct: 7017 | | | | |
|   CORRY FCU | 4,160.65 | 4,160.65 | 265.81 | 4,426.46 |
|     Acct: 4301 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F C | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0417 | | | | |
| | | | | 41,432.15 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A. ROBINSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8336 | | | | |
|   BANK OF AMERICA NA** | 3,805.79 | 120.38 | 0.00 | 120.38 |
|     Acct: 8907 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,490.50 | 110.40 | 0.00 | 110.40 |
|     Acct: 6684 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH | 4,331.35 | 136.99 | 0.00 | 136.99 |
|     Acct: 6893 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH | 1,205.96 | 38.14 | 0.00 | 38.14 |
|     Acct: 9319 | | | | |
|   CORRY FCU | 3,952.52 | 125.01 | 0.00 | 125.01 |
|     Acct: 4302 | | | | |
|   DISCOVER BANK(*) | 775.16 | 24.52 | 0.00 | 24.52 |
|     Acct: 7629 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4142 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F C | 12,218.52 | 386.45 | 0.00 | 386.45 |
| Acct: 0417 | | | | |
| UPMC HEALTH SERVICES | 325.00 | 10.28 | 0.00 | 10.28 |
| Acct: 2774 | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 433.76 | 13.72 | 0.00 | 13.72 |
| Acct: 0001 | | | | |
| MARY ROBINSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL F RATCHFORD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 965.89 |

TOTAL PAID TO CREDITORS                                                                         42,398.04

TOTAL CLAIMED
PRIORITY            0.00
SECURED        10,692.20
UNSECURED      30,538.56

Date: 05/29/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DAVID A. ROBINSON

        Debtor(s)

  Ronda J. Winnecour
        Movant
        vs.
  No Repondents.

Case No.:21-10275

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10275-JCM |
| David A. Robinson | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A. Robinson, 10175 Dietzel Road, Union City, PA 16438-7919 |
| 15375969 | + | Bryan J. Polas, Esquire, Hayt, Hayt & Landau, LLC, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 15375974 | + | Honorable Denise Marie Buell, 732 Worth Street, Corry, PA 16407-8517 |
| 15375975 | + | Michael F. Ratchford, Esquire, Ratchford Law Group, 54 Glenmaura National Blvd., Ste. 104, Moosic, PA 18507-2161 |
| 15375979 | + | Robert William Cusick, Esquire, Law Offices of Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15375980 | + | UPMC Health Services, Dist. Room 386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15375981 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15375967 | | Email/Text: ebn@americollect.com | May 31 2024 00:16:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15375968 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 31 2024 00:14:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15381455 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 31 2024 00:15:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15375970 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 01:18:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15379891 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 01:07:20 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15375972 | + | Email/Text: sheiser@corryfcu.org | May 31 2024 00:15:00 | Corry Federal Credit U, 728 Worth St, Corry, PA 16407-8517 |
| 15379789 | + | Email/Text: sheiser@corryfcu.org | May 31 2024 00:15:00 | Corry Federal Credit Union, 728 Worth Street, Corry, PA 16407-8517 |
| 15381610 | | Email/Text: mrdiscen@discover.com | May 31 2024 00:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15375973 | + | Email/Text: mrdiscen@discover.com | May 31 2024 00:14:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15391656 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 31 2024 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15375971 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2024 00:28:04 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15387765 | + | Email/Text: RASEBN@raslg.com | May 31 2024 00:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15375976 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2024 00:16:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15375977 | + | Email/PDF: cbp@omf.com | May 31 2024 00:29:19 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15375978 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15385065 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15390800 |  | Email/Text: BNCnotices@dcmservices.com | May 31 2024 00:15:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Corry Federal Credit Union |
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15375983 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15375984 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15375985 | *+ | Bryan J. Polas, Esquire, Hayt, Hayt & Landau, LLC, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 15375986 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15375988 | *+ | Corry Federal Credit U, 728 Worth St, Corry, PA 16407-8517 |
| 15375989 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15375990 | *+ | Honorable Denise Marie Buell, 732 Worth Street, Corry, PA 16407-8517 |
| 15375987 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15375991 | *+ | Michael F. Ratchford, Esquire, Ratchford Law Group, 54 Glenmaura National Blvd., Ste. 104, Moosic, PA 18507-2161 |
| 15375992 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15375993 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15375994 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15375995 | *+ | Robert William Cusick, Esquire, Law Offices of Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15375996 | *+ | UPMC Health Services, Dist. Room 386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15375997 | * | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 3 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 24 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Creditor Corry Federal Credit Union mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor David A. Robinson rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6